BUFFALO STEEL COMPANY, Appellant, *v.* ÆTNA LIFE INSURANCE COMPANY, Respondent.

*Buffalo Steel Co. v. Ætna Life Ins. Co.,* 156 App. Div. 453, affirmed. (Argued April 22, 1915; decided May 11, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 20, 1913, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover upon a policy of indemnity insurance issued by defendant, insuring plaintiff against loss, damage or expense through accidents occasioned or suffered by reason of its trade or business. On February 28, 1907, an employee of plaintiff was injured by having one of his eyes put out while operating a machine. He thereafter instituted an action against it and recovered damages which were paid by plaintiff. The present action was brought to recover the amount paid. The defense was based upon the following condition in the policy: "This policy does not cover loss

or expense arising on account of, or resulting from, injuries, or death to, or if caused by, any person employed in violation of law," it being contended that the person injured was under the age of sixteen years at the time of the accident and so employed in violation of sections 70, 77 and 81 of the Labor Law. ·

*Simon Fleischmann* for appellant.

*Maurice C. Spratt* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WERNER, HISCOCK, COLLIN, CUDDEBACK, MILLER, CARDOZO and SEABURY, JJ.